AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FRIENDS OF MOON CREEK, et al.,

*Plaintiff*

v.

DIAMOND LAKE IMPROVEMENT ASSOCIATION, INC.; PHIL ANDERSON, Director Department of Fish & Wildlife; SHARON SORBY, Coordinator Pend Oreille County Noxious Weed Control Board,

*Defendant*

)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2020

SEAN F. McAVOY, CLERK

Civil Action No.  2:13-CV-396-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant DLIA's Motion to Dismiss, ECF No. 284, is GRANTED, in part, and DENIED, in part. All of Plaintiffs' pending claims against Defendant DLIA are hereby DISMISSED with prejudice. All of DLIA's pending counterclaims against all Plaintiffs are hereby DISMISSED without prejudice. Defendant Sharon Sorby's Request to Dismiss claims against her, ECF No. 290, is GRANTED. Defendant Phil Anderson's Request to Dismiss claims against him, ECF No. 289, is GRANTED. Defendant Phil Phil Anderson's pending crossclaim against Defendant DLIA is hereby DISMISSED without prejudice. All of Plaintiffs' claims against Sharon Sorby and Phil Anderson are hereby DISMISSED with prejudice. Judgment entered for the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON  on a construed motion for summary judgment.

Date:  6/10/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez